# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **LUIS ALICIA PEREZ BONILLA**
**RAQUEL NUNEZ ALICEA**

Bkrtcy. No. 11-08172-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 26, 2011
Meeting Date: Oct 28, 2011
DC Track No.: 10

Days from petition date: 32
Meeting Time: 10:00 AM

910 Days before Petition: 3/30/2009
Chapter 13 Plan Date: Sep 26, 2011 Dkt.# 3 ☐ Amended.

This is debtor(s) [x] 1st Bankruptcy petition.
Plan Base: $40,600.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Nov 18, 2011 Time: 1:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. Date Amount
Total Paid In: $300.00

### I. Appearances: ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present: [x] None.
☐ Debtor Present ☐ ID & Soc. OK [x] Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK [x] Joint Debtor Absent
Debtor(s) was/were ☐ Examined [x] Not Examined under oath.
Attorney for Debtor(s) [x] Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement    Attorney of record: **ROBERTO FIGUEROA CARRASQUILL***
Total Agreed: $3,000.00    Paid Pre-Petition: $126.00    Outstanding: $2,874.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:    ☐ For Failure to appear;    ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under [x] Above Median Income.    Liquidation Value: tbd
Commitment Period is ☐ 36 [x] 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: tbd

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting [x] CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: Nov. 10, 2011 @ 2:00pm

### V. Trustee's OBJECTIONS to Confirmation:
(1) ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
[x] FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
Joint debtor is studying for the federal bar and asked for a continuance.
(1) Step up is being made in an amount considerably less than vehicle payment
(2) Xmas bonus over $1,200.00 must be surrendered to fund the plan

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of 1    Date: Oct 28, 2011