IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: LUIS ALICIA PEREZ BONILLA
RAQUEL NUNEZ ALICEA

Bkrtcy. No. 11-08172-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Sep 26, 2011 | Meeting Date: Nov 10, 2011 | DC Track No. 26 |
| Days from petition date: 45 | Meeting Time: 2:00 PM | |
| 910 Days before Petition: 3/30/2009 | ☐ Chapter 13 Plan Date: Sep 26, 2011 Dkt.# 3 | ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $40,600.00 | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Nov 18, 2011 | Time: 1:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | Total Paid In: $300.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.
☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
☒ Joint Debtor Present ☒ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present  M. Vega
☐ Substitute attorney: ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00   Paid Pre-Petition: $126.00   Outstanding: $2,874.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.   Liquidation Value: 0
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
The Trustee ☐ RECOMMENDS ☒ OBJECTS  Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
☒ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
① No provision for POC #5-1, debtor testified they are not responsible for such claim. Possible identity theft.

/s/ José R. Carrión
Trustee                Presiding Officer                Page 1 of 1                Date: Nov 10, 2011