IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE * NO. 11-08172 MCF

LUIS A PEREZ BONILLA * CHAPTER 13
RAQUEL NUÑEZ ALICEA
 *
DEBTORS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION REQUESTING AUTHORIZATION TO WITHDRAW AND RESIGN AS COUNSEL OF DEBTORS

TO THE HONORABLE COURT:

COMES NOW, **ROBERTO FIGUEROA-CARRASQUILLO,** attorney of record for debtors Luis A. Perez Bonilla and Raquel Nuñez Alicea, debtors in the above captioned case, and very respectfully states and prays as follows:

1. That the above captioned case was filed on September 26, 2011, under Chapter 13 and the debtors' proposed Plan was confirmed on May 8, 2012, docket no. 41.

2. That upon agreement of the debtors and the undersigned attorney, they have agreed to request his (the undersigned attorney's) resignation as counsel for debtors, to allow the debtors to obtain new legal representation, in the above captioned case.

3. Therefore, the undersigned attorney respectfully requests the Court to Order the resignation of Roberto Figueroa Carrasquillo as counsel for debtors, in the above captioned case.

Page - 2 -
Motion for resignation legal representation
Case no. 11-08172 MCF13

4. On the same date of this motion, the case file has been returned to the debtors.

5. The postal address of the debtors is:

**PO Box 22503 San Juan PR 00931**

6. As to the status of the present case, the debtors' proposed Plan was confirmed, docket no. 41, no other matter is pending resolution before the Court.

**WHEREFORE**, Roberto Figueroa-Carrasquillo respectfully requests this Honorable Court grant the resignation of the subscribing attorney as attorney for the debtors in the present case.

**I CERTIFY** that the present motion has been filed using the CM/ECF system which will send notification of same to: the Chapter 13 Trustee, Jose Alejandro Morales, Esq., Monsita Lecaroz Arribas, Esq. Assistant US Trustee; and that I have sent via regular mail a copy of this motion to the debtors Luis A Perez Bonilla and Raquel Nuñez Alicea.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 15th day of May, 2012.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@prtc.net