UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS ALICIA PEREZ BONILLA<br>RAQUEL NUNEZ ALICEA<br><br>DEBTOR (S) | CASE NO. 11-08172-MCF<br><br>CHAPTER 13 |

TRUSTEE'S MOTION TO CHANGE DEBTOR(S) MAILING ADDRESS

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. The Debtor(s) in this case have notified the Chapter 13 Trustee of a change of her/his/their address.

2. The Debtor(s) advised that her/his/their new address is:

PO BOX 1616
CAGUAS   PR   00726-1616

3. The Trustee on behalf of the Debtor(s) and in compliance of her/his/their duty to file a statement of any change of address, pursuant to Rule 4002(5) of the Federal Rules of Bankruptcy Procedure, hereby files this motion, and attaches with it, the original of her/his/their required statement, *Change of Address Notice*, signed by the debtor(s).

**WHEREFORE** the Trustee respectfully prays this Court to order the Clerk of the Bankruptcy Court to amend the Debtor(s) address of record, by substituting it with the new address stated on paragraph two (2) above.  Also, to order all other parties in interest to take notice of the Debtor(s) new mailing address.

**20 DAYS NOTICE:** In accordance with Bankruptcy Rule 2002, the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this motion is submitted in writing within **20** days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date to: the DEBTOR(s) via regular mail, to his address of record, and her/his/their attorney, via regular mail if not a ECFS registered user, and to all Creditors and Parties in Interest, who has filed a Notice of Appearance or requested to receive notices regarding the present case, to their respective address of record as they appear in the attached Master Address List.

In San Juan, Puerto Rico this Tuesday, August 27, 2013.

/s/ Jose R. Carrion
JOSE R. CARRION  CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535   FAX (787)977-3550

**Caroline Martinez**

| | |
|---|---|
| **From:** | Luis Perez [luisaliciapbonilla@hotmail.com] |
| **Sent:** | Monday, August 26, 2013 9:05 AM |
| **To:** | cservice@ch13-pr.com; luisaliciapbonilla@hotmail.com |
| **Subject:** | CAMBIO DIRECCIÓN |

Estimado Señores:
RE: CASO NUM 11-08172MCF
Es para informar mi nueva dirección postal. Esta es:

PO BOX 1616
CAGUAS, P.R.  00726-1616.
Les agradecerè me notifiquen que este correo electrónico fue recibido y se hizo el cambio.

Cordialmente,

Luis Alicia Pérez Bonilla

1

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JOSE M PRIETO CARBALLO*<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LUIS ALICIA PEREZ BONILLA<br>PO BOX 22503<br>SAN JUAN, PR 00931 |
| AES/BRAZO USED PC<br>PO BOX 2461<br>HARRISBURG, PA 17105 | AES/PHEAA<br>PO BOX 8147<br>HARRISBURG, PA 17105-9802 |
| AES/USEFG ELT BONY<br>PO BOX 2461<br>HARRISBURG, PA 17105 | AMERICAN EXPRESS<br>PO BOX 360001<br>FORT LAUDERDALE, FL 33336-0001 |
| AMERICAN EXPRESS TRS/LATIN AMERICAN DIV<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | BANCO POPULAR DE PR<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CANDICA, LLC C/O WEINSTEIN & RILEY<br>PO BOX 3978<br>SEATTLE, WA 98124 |
| CANDICA, LLC C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVE, SUITE 400<br>SEATTLE, WA 98121 | CITIFINANCIAL<br>300 SAINT PAUL<br>BALTIMORE, MD 21202 |
| COOP A/C ORIENTAL<br>C/O JUAN A SANTOS BERRIOS ESQ<br>PO BOX 9102<br>HUMACAO, PR 00792 | COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION SUITE 1504<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 |
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIM<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 |

| | |
|---|---|
| ECMC<br>PO BOX 75906<br>ST PAUL, MN  55175 | ECMC<br>LOCKBOX #8682<br>PO BOX 75848<br>ST PAUL, MN  55175-0848 |
| FIRST BANK DE PUERTO RICO<br>C/O MARTINEZ & TORRES LAW OFFICES<br>PO BOX 192938<br>SAN JUAN, PR  00919-2938 | FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 |
| GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYST CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131-1605 | MIDLAND FUNDING LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 |
| NISSAN MOTOR ACCEPTANCE CORP<br>PO BOX 660366<br>DALLAS, TX  75266-0366 | OMAR PEREZ FIGUEROA<br>COND PARQUE SAN ANTONIO II APT 1702<br>CAGUAS, PR  00725 |
| PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131-1605 | RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD  57117 |
| SOCIEDAD PARA ASISTENCIA LEGAL<br>BOX 21490<br>SAN JUAN, PR  00928-1490 | UNIVERSIDAD INTERAMERICANA<br>PO BOX 363255<br>SAN JUAN, PR  00936-3255 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX  75403 | US DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA  30353-0260 |
| US DEPT OF EDU<br>PO BOX 4222<br>LOWA CITY, IA  52244 | |

DATED:  August 27, 2013

CAROLINE MARTINEZ
OFFICE OF THE CHAPTER 13 TRUSTEE